> Acknowledged.
>
> This action is hereby dismissed without prejudice.
>
> Date: __4/6/2021__
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| Steak n Shake Inc. (f/k/a Steak n Shake Operations, Inc.), | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| Fortress Investment Group LLC, | ) 1:21-cv-508-SEB-DLP<br>)<br>) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Steak n Shake Inc. (f/k/a Steak n Shake Operations, Inc.) ("Steak n Shake") respectfully and voluntarily dismisses this action without prejudice.

Date: April 2, 2021

BARNES & THORNBURG LLP

*/s/ Kelsey C. Dilday*
Andrew J. Detherage
Monica R. Brownewell Smith
Kelsey C. Dilday
11 South Meridian Street
Indianapolis, IN 46204
adetherage@btlaw.com
mbrownewell@btlaw.com
kelsey.dilday@btlaw.com

-and-

Lawrence Gerschwer
Robert J. Boller
Joseph A. Matteo
445 Park Avenue, Suite 700
New York, NY 10022
lawrence.gerschwer@btlaw.com